371 A.2d 853
Commonwealth v. Duckett, Appellant.

Submitted June 14, 1976. Charles L. Guerin, Jr., for appellant; James A. Shellenberger, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.